UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-13842-BKC-RAM
CHAPTER 13

ALEXANDER SCHACHL
    Debtor.
_____/

## APPLICATION FOR FEES BY ATTORNEY FOR DEBTOR

Pursuant to Court Order, the undersigned files this Application for Fees by Attorney for the Debtors in the above case and state:

1. The rate normally charged by the undersigned and is considered reasonable in the community in a matter such as this, is $600.00 per hour.

2. The Law Offices of Frank & De La Guardia, Jr. have expended (13.90) hours at the rate of $600.00 per hour from March 26, 2025. A delineation of the time expended is as follows:

| Date | Description | Hours |
|---|---|---|
| 03-26-25 | Initial Consultation with Client and Opening of File | 1.00 |
| 04-07-25 | Consultation with Client | 0.80 |
| 04-09-25 | Consultation with Client to Review Documents for Filing and Prepared Case for filing and filed Case | 1.50 |
| 04-09-25 | Prepared and filed Means Test | 1.00 |
| 04-10-25 | Received and reviewed Notice of Incomplete Filings Due | 0.10 |
| 04-10-25 | Received and reviewed Trustee's Notice of Required Documents | 0.10 |
| 04-10-25 | Received and reviewed Notice of Commencement | 0.10 |
| 04-16-25 | Consultation with Debtor to review Income and Expenditures and regarding Means Test and Filed Amended Statement of Monthly Income | 1.60 |
| 04-16-25 | Prepared and filed Schedules I and J and Summary of Schedules | 0.80 |
| 04-16-25 | Prepared and filed Chapter 13 Plan | 1.00 |
| 05-14-25 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 05-21-25 | Received and reviewed Objection to Confirmation of Chapter 13 Plan filed by Creditor US Bank National | 0.30 |

| | | |
|---|---|---|
| 05-21-25 | Received and Reviewed Notice of Appearance and Request for Service by Creditor US Bank National | 0.10 |
| 05-22-25 | Prepared for 341 Meeting of Creditors | 0.50 |
| 05-22-25 | Attended 341 Meeting of Creditors | 0.50 |
| 05-23-25 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 06-09-25 | Consultation with Debtor regarding foreclosure mortgage surplus and case | 1.00 |
| 06-13-25 | Prepared and Filed Ex-Parte Motion to Amend Petition | 0.40 |
| 06-23-25 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 06-26-25 | Prepared, Amended and Filed Amended Schedules A/B | 0.40 |
| 06-30-25 | Pre-hearing with Trustee regarding Confirmation Hearing | 0.10 |
| 06-30-25 | Reviewed file for Confirmation Hearing | 0.20 |
| 06-30-25 | Called Client regarding Confirmation Hearing | 0.20 |
| 07-01-25 | Attended Confirmation Hearing | 0.40 |
| | Prepared and filed Application for Fees and review of file. | 1.00 |
| | Attendance at Hearing on Application for Fees. | 0.50 |
| Total Hours.................................................. | | 13.90 |
| | 13.90 hours x $600.00 = | $ 8,340.00 |

The total fee requested is $7,000.00. The Debtors' attorney has received $3,000.00 in fees. The total amount of work performed pre-Confirmation is (13.90) hours at $600.00 an hour = $8,340.00. The undersigned submits that the amount of $6,000.00 for all of the work that has been performed and all of the future work to be performed is reasonable pursuant to the standard set forth In re: Norman vs. Housing Authority of Montgomery, 836 F. 2nd 1299 (11th Cir. 1988) and 11 U.S.C. Section 330. There are no charges in this Application for Fees for secretarial or typing time and no charges have been added for travel time to and from the Courthouse for any of the hearings.

WHEREFORE, the Debtor requests to be awarded fees in the amount of $7,000.00.

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and the Application for Fees by Attorney for Debtors was sent by e-mail to Nancy K. Neidich, Trustee at e2c8f01@ch13herkert.com and all others set forth in NEF on July 21, 2025, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to: Alexander Schachl, Debtors, 223 NE 108th Street, Miami, FL 33161.

                                                LAW OFFICES OF MICHAEL A. FRANK
                                                & RODOLFO H. DE LA GUARDIA, JR.
                                                Attorneys for the Debtors
                                                2000 NW 89th Place, Suite # 201
                                                Doral, FL 33172
                                                Telephone (305) 443-4217
                                                Facsimile (305) 443-3219

                                                By /s/ Rodolfo H De La Guardia
                                                    Rodolfo H De La Guardia
                                                    Florida Bar No. 0880809